UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS on his own behalf and on behalf of a class of those similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ROBERT E. CARTER, JR. Commissioner of the Indiana Department of Correction, )<br>RON NEAL, Warden, )<br>MARK NEWKIRK, Executive Assistant, )<br>MARION THATCHER, Unit Team Manager, )<br>PAMELA WILLIAMS, Corrections Lieutenant )<br>BESSIE LEONARD, Law Library Supervisor, )<br>KIMBERLY CREASY, Law Library Supervisor, and )<br>ERIN JONES, Law Library Supervisor, )<br><br>Defendants. ) | Cause No. 3:18-cv-928<br><br><br><br>**COMPLAINT-CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF'S PETITION TO PROCEED IN FORMA PAUPERIS

I, Thomas R. Ganus, (DOC #111462), declare that I am unable to prepay the full filing fees and costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the court for leave to proceed in forma pauperis under 28 USC § 1915 in my:

☒ 42 USC § 1983 Civil Rights Complaint  ☐ 28 USC § 2254 Habeas Corpus Petition

☐ 42 USC § 1983 Civil Rights Appeal  ☐ 28 USC § 2254 Habeas Corpus Appeal

1. Do you work? ☐ NO  ☒ YES, and I earn approximately $35.00 per month.

2. Do you receive idle pay? ☒ NO  ☐ YES

3. Have you ever filed a lawsuit in the United States District Court for the Southern District of Indiana? ☒ NO  ☐ YES

4. Have you ever filed a lawsuit in a federal court outside of Indiana?

☒ NO   ☐ YES, in the _____ District of _____ in the year ____.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of November 2018.

_____
Thomas R. Ganus
Plaintiff/Pro se

**STATE OF INDIANA** )
                                  ) SS: **VERIFICATION**
**COUNTY OF LA PORTE** )

I, Thomas R. Ganus, do hereby swear, under the penalties for perjury, that all of the foregoing statements are true and correct to the best of my knowledge and belief.

_____
Thomas R. Ganus
Plaintiff/Pro se

**STATE OF INDIANA** )
                                  ) SS: **NOTARIZATION**
**COUNTY OF LA PORTE** )

Subscribed and sworn to before me, a Notary Public in and for said County and State on this the 14th day of November 2018.

My Commission Expires:

_____
Notary – Signature:

Tricia Roberts
Notary – Printed Name:

9/29/19
My Commission Expires:

TRICIA C ROBERTS
Porter County
My Commission Expires
September 29, 2019

Porter
_____
County of Residence:

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I, Thomas R. Ganus, do hereby certify that on this 14th day of November 2018, I submitted a true and correct copy of *Plaintiff's Petition to Proceed in forma pauperis* to the law library supervisor at the Indiana State Prison minimum security unit to electronically file with the Clerk of the Court of the United States District Court, Northern District of Indiana, South Bend Division, Robert A. Grant Federal Building & US Courthouse, 204 South Main Street, Room 102, South Bend, Indiana 46601.

Respectfully submitted,

*Thomas Ganus*

Thomas R. Ganus
Plaintiff/Pro se
DOC #111462
Indiana State Prison/Outside
201 Woodlawn Avenue
Michigan City, IN 46360

## OFFICIAL NOTARIZED CERTIFICATE OF PRISONER ACCOUNT

I certify that _Thomas Gavus_, DOC# _111462_, has $ _99.77_ in his prisoner trust account. I certify that during the last six months, (or _____ months if the prisoner has been confined less than six months) that the Prisoner's average monthly balance was $_171.76_, and that the Prisoner's average monthly deposits were "$ _145.06_.

I certify that I have attached a true and correct copy of the prisoner's trust fund account statement for the past six (6) months of for the time of his confinement in the Indiana Department of Corrections.

Signed this _2_ day of _November_, 20_18_.

_Cynthia Lasco_
Signature of Authorized Officer

_Cynthia Lasco, Acct. S_
Printed Name and Job Title

**Business Administration Officer**
**Indiana State Prison-Minimum**
201 Woodlawn Ave.
Michigan City, IN 46360
(219) 874-7256

---

STATE OF INDIANA      )
                      ) SS:
COUNTY OF LA PORTE    )

Subscribed and sworn to before me, a Notary Public, on this _2nd_ day of _November_, 20_18_.

_Pam James_
Notary Public

MY COMMISSION EXPIRES:
_1_ / _2_ / _2019_
(Month) (Day) (Year)

PAMELA SUE JAMES
La Porte County
My Commission Expires
January 2, 2019

_Pamela James_
(Printed Name)

County of Residence: _LaPorte_

```
OFFENDER NO: 111462    NAME: GANUS, THOMAS

   DATE           DOCUMENT                                              ADDITIONAL
  POSTED    ID    NUMBER       TRAN DT    TYP  CODE    AMOUNT           DESCRIPTION

10/29/2018  045  ISP 10/29    10/29/2018   D   COMM    $57.35    SO-0000042358629      /
10/28/2018  004  ISP 10/28    10/28/2018   D   COMM    $20.00    FF-0000042315372      /
10/25/2018  023  ISP 10/25    10/25/2018   D   PHON     $5.00    ISP-00042173245P      /
10/25/2018  022  ISP 10/25    10/25/2018   D   COMM     $6.19    ISP-00042173245A      /
10/25/2018  022  ISP 10/25    10/25/2018   D   COMM     $0.98    ISP-00042173245B      /
10/18/2018  010  PR-XP-DOL    10/18/2018   D   SAVD     $4.69    RE-ENTRY ACCOUNT DEDU
10/18/2018  013  PR-XP-DOL    10/18/2018   D   CHLD     $4.34    ADD"L STATE PAY DEDUC
10/18/2018  009  PR-XP-DOL    10/18/2018   C   SP09    $35.62
10/11/2018  015  ISP 10/11    10/11/2018   D   PHON     $5.00    ISP-00041468231P      /
10/11/2018  014  ISP 10/11    10/11/2018   D   COMM     $2.82    ISP-00041468231A      /
10/01/2018  027  ISP 10/01    10/01/2018   D   COMM    $30.00    FF-0000040939640      /
09/27/2018  026  ISP 09/27    09/27/2018   D   PHON     $5.00    ISP-00040745301P      /
09/27/2018  025  ISP 09/27    09/27/2018   D   COMM     $1.16    ISP-00040745301A      /
09/27/2018  025  ISP 09/27    09/27/2018   D   COMM     $0.98    ISP-00040745301B      /
09/25/2018  018  LAW LIB      09/25/2018   D   ISRV     $1.00    9/12/18
09/24/2018  046  ISP 09/24    09/24/2018   D   COMM    $19.50    SO-0000040590965      /
09/24/2018  015  POSTAGE      09/24/2018   D   ISRV     $1.84
09/20/2018  027  ISP 09/20    09/20/2018   D   PHON     $5.00    ISP-00040395281P      /
09/19/2018  081  0040326001   09/19/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
09/19/2018  052  POSTAGE      09/19/2018   D   ISRV     $3.63
09/18/2018  005  PR-XP-DOL    09/18/2018   D   SAVD     $4.52    RE-ENTRY ACCOUNT DEDU
09/18/2018  009  PR-XP-DOL    09/18/2018   D   CHLD     $4.34    ADD"L STATE PAY DEDUC
09/18/2018  004  PR-XP-DOL    09/18/2018   C   SP08    $34.50
09/13/2018  040  ISP 09/13    09/13/2018   D   PHON     $5.00    ISP-00040042398P      /
09/13/2018  039  ISP 09/13    09/13/2018   D   COMM     $9.88    ISP-00040042398A      /
09/13/2018  039  ISP 09/13    09/13/2018   D   COMM     $6.74    ISP-00040042398B      /
09/13/2018  038  0040005624   09/13/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
09/13/2018  036  0090546213   09/13/2018   C   ELEC    $50.00    BANICKI, ALMA
09/11/2018  014  LEGAL POST   09/11/2018   D   ISRV     $5.52    9/7/18
09/06/2018  042  ISP 09/06    09/06/2018   D   PHON    $10.00    ISP-00039717640P      /
09/02/2018  004  ISP 09/02    09/02/2018   D   COMM    $20.00    FF-0000039558661      /
08/30/2018  052  ISP 08/30    08/30/2018   D   PHON    $10.00    ISP-00039440023P      /
08/30/2018  051  ISP 08/30    08/30/2018   D   COMM     $9.46    ISP-00039440023A      /
08/30/2018  048  0089939901   08/30/2018   C   ELEC    $50.00    BANICKI, ALMA
08/30/2018  013  ISO GARDEN   08/30/2018   D   ISRV     $6.00
08/16/2018  037  ISP 08/16    08/16/2018   D   COMM     $2.32    ISP-00038874432A      /
08/16/2018  037  ISP 08/16    08/16/2018   D   COMM     $0.98    ISP-00038874432B      /
08/16/2018  034  0089413901   08/16/2018   C   ELEC    $50.00    BANICKI, ALMA
08/16/2018  008  PR-XP-DOL    08/16/2018   D   SAVD     $4.07    RE-ENTRY ACCOUNT DEDU
08/16/2018  009  PR-XP-DOL    08/16/2018   D   CHLD     $4.34    ADD"L STATE PAY DEDUC
08/16/2018  007  PR-XP-DOL    08/16/2018   C   SP07    $31.50
08/13/2018  019  LAW LIB      08/13/2018   D   ISRV     $0.50    8/7/18
```

```
REPORT ID: TFDRHRPT-30        INDIANA DEPARTMENT OF CORRECTION        DATE 11/02/2018
LOC: ISP                      ALL TRANSACTION HISTORY REPORT          TIME 13:04:50
                           AS OF 05/02/2018  THRU 11/02/2018          PAGE   2

OFFENDER NO: 111462  NAME: GANUS, THOMAS

   DATE        DOCUMENT                                          ADDITIONAL
  POSTED   ID   NUMBER      TRAN DT    TYP  CODE    AMOUNT       DESCRIPTION

08/13/2018 019 LAW LIB     08/13/2018   D   ISRV     $0.80       8/7/18
08/13/2018 019 LAW LIB     08/13/2018   D   ISRV     $1.00       8/7/18
08/13/2018 019 LAW LIB     08/13/2018   D   ISRV     $1.00       8/7/18
08/12/2018 003 0038689805  08/12/2018   D   EL10     $1.00       JPAY ACCOUNT PURCHASE
08/10/2018 022 LEGAL POST  08/10/2018   D   ISRV     $2.20       8/9/18
08/09/2018 022 ISP 08/09   08/09/2018   D   PHON    $10.00       ISP-00038590229P   /
08/09/2018 018 0089110306  08/09/2018   C   ELEC    $20.00       BANICKI,ALMA
08/07/2018 021 LAW LIB     08/07/2018   D   ISRV     $1.00       7/18/18
08/07/2018 021 LAW LIB     08/07/2018   D   ISRV     $0.50       8/1/18
08/07/2018 021 LAW LIB     08/07/2018   D   ISRV     $0.30       7/30/18
08/07/2018 021 LAW LIB     08/07/2018   D   ISRV     $1.00       7/16/18
08/07/2018 021 LAW LIB     08/07/2018   D   ISRV     $0.50       7/16/18
08/06/2018 042 0038433436  08/06/2018   D   EL10     $1.00       JPAY ACCOUNT PURCHASE
08/06/2018 019 LEGAL POST  08/06/2018   D   ISRV     $0.68       8/1/18
08/06/2018 019 LEGAL POST  08/06/2018   D   ISRV     $0.68       8/1/18
08/06/2018 019 LEGAL POST  08/06/2018   D   ISRV     $2.30       8/2/18
08/06/2018 019 LEGAL POST  08/06/2018   D   ISRV     $3.26       7/31/18
08/02/2018 011 ISP 08/02   08/02/2018   D   COMM    $81.15       ISP-00038290809A   /
08/02/2018 008 0088825641  08/02/2018   C   ELEC    $50.00       BANICKI,ALMA
08/02/2018 003 ISO GARDEN  08/02/2018   D   ISRV    $14.00
07/30/2018 016 LAW LIB     07/30/2018   D   ISRV     $1.00       7/27/18
07/29/2018 004 ISP 07/29   07/29/2018   D   COMM    $30.00       FF-00000038141586  /
07/26/2018 026 ISP 07/26   07/26/2018   D   PHON    $10.00       ISP-00038040011P   /
07/26/2018 014 POSTAGE     07/26/2018   D   ISRV     $1.18
07/25/2018 026 ISO GARDEN  07/25/2018   D   ISRV     $2.00
07/23/2018 071 ISP 07/23   07/23/2018   D   COMM    $26.50       SO-0000037925300   /
07/19/2018 031 ISP 07/19   07/19/2018   D   PHON    $10.00       ISP-00037778669P   /
07/19/2018 030 ISP 07/19   07/19/2018   D   COMM    $80.28       ISP-00037778669A   /
07/19/2018 030 ISP 07/19   07/19/2018   D   COMM     $2.37       ISP-00037778669B   /
07/19/2018 027 0088258781  07/19/2018   C   ELEC    $50.00       BANICKI,ALMA
07/19/2018 009 LEGAL POST  07/19/2018   D   ISRV     $5.52       7/17/18
07/18/2018 039 0088231819  07/18/2018   C   ELEC    $20.00       ZALAS,KAREN
07/17/2018 063 0088202459  07/17/2018   C   ELEC    $90.00       GANUS,GAYLE
07/17/2018 005 PR-XP-DOL   07/17/2018   D   SAVD     $2.72       RE-ENTRY ACCOUNT DEDU
07/17/2018 006 PR-XP-DOL   07/17/2018   D   CHLD     $4.34       ADD"L STATE PAY DEDUC
07/17/2018 004 PR-XP-DOL   07/17/2018   C   SP06    $22.50
07/13/2018 022 0037544092  07/13/2018   D   EL10     $1.00       JPAY ACCOUNT PURCHASE
07/09/2018 039 0037378355  07/09/2018   D   EL10     $1.00       JPAY ACCOUNT PURCHASE
07/07/2018 001 0087818673  07/07/2018   C   ELEC    $20.00       BANICKI,ALMA
07/05/2018 043 ISP 07/05   07/05/2018   D   PHON    $10.00       ISP-00037245183P   /
07/05/2018 042 ISP 07/05   07/05/2018   D   COMM    $16.00       ISP-00037245183A   /
07/05/2018 042 ISP 07/05   07/05/2018   D   COMM     $3.80       ISP-00037245183B   /
```

```
REPORT ID: TFDRHRPT-30      INDIANA DEPARTMENT OF CORRECTION        DATE 11/02/2018
LOC: ISP                    ALL TRANSACTION HISTORY REPORT          TIME 13:04:50
                    AS OF 05/02/2018   THRU  11/02/2018    PAGE    3

OFFENDER NO: 111462    NAME: GANUS, THOMAS

    DATE        DOCUMENT                                            ADDITIONAL
   POSTED   ID   NUMBER      TRAN DT    TYP  CODE    AMOUNT         DESCRIPTION
 07/05/2018 039 0087734241  07/05/2018   C   ELEC    $50.00    BANICKI,ALMA
 07/03/2018 038 0037132808  07/03/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
 06/25/2018 042 ISP 06/25   06/25/2018   D   COMM    $68.50    SO-00000036850914   /
 06/24/2018 003 0036794123  06/24/2018   D   EL10     $2.00    JPAY ACCOUNT PURCHASE
 06/22/2018 001 ISP 06/22   06/22/2018   D   COMM    $44.14    ISP-00036717347A    /
 06/22/2018 001 ISP 06/22   06/22/2018   D   COMM     $0.98    ISP-00036717347B    /
 06/21/2018 028 0087180227  06/21/2018   C   ELEC    $50.00    BANICKI,ALMA
 06/19/2018 072 0036614363  06/19/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
 06/19/2018 005 PR-XD-CAR   06/19/2018   D   SAVD     $2.89    RE-ENTRY ACCOUNT DEDU
 06/19/2018 007 PR-XD-CAR   06/19/2018   D   CHLD     $4.34    ADD"L STATE PAY DEDUC
 06/19/2018 004 PR-XD-CAR   06/19/2018   C   SP05    $23.62
 06/18/2018 015 PR-XP-DOL   06/18/2018   D   SAVD     $1.35    RE-ENTRY ACCOUNT DEDU
 06/18/2018 014 PR-XP-DOL   06/18/2018   C   SP04     $9.00    BACKPAY
 06/17/2018 004 ISP 06/17   06/17/2018   D   COMM    $34.00    FF-0000036545313    /
 06/14/2018 004 0036415834  06/14/2018   D   EL10     $2.00    JPAY ACCOUNT PURCHASE
 06/11/2018 030 LAW LIB     06/11/2018   D   ISRV     $1.50    5/12/18
 06/07/2018 033 ISP 06/07   06/07/2018   D   PHON    $10.00    ISP-00036169144P    /
 06/07/2018 032 ISP 06/07   06/07/2018   D   COMM     $8.50    ISP-00036169144A    /
 06/07/2018 032 ISP 06/07   06/07/2018   D   COMM     $4.13    ISP-00036169144B    /
 06/07/2018 029 0086672878  06/07/2018   C   ELEC    $50.00    BANICKI,ALMA
 06/04/2018 084 0036026845  06/04/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
 05/24/2018 081 ISP 05/24   05/24/2018   D   COMM    $99.76    ISP-00035679397A    /
 05/24/2018 081 ISP 05/24   05/24/2018   D   COMM     $8.00    ISP-00035679397B    /
 05/24/2018 078 0086104906  05/24/2018   C   ELEC    $50.00    BANICKI,ALMA
 05/24/2018 020 POSTAGE     05/24/2018   D   ISRV     $0.68
 05/23/2018 009 CK 56409    05/23/2018   D   EPUR     $5.00    MOTHERS AGAINST METH
 05/21/2018 005 ISP 05/21   05/21/2018   D   COMM    $69.75    SO-0000035562605    /
 05/20/2018 001 0085970265  05/20/2018   C   ELEC    $40.00    BANICKI,ALMA
 05/17/2018 076 ISP 05/17   05/17/2018   D   PHON    $10.00    ISP-00035413144P    /
 05/16/2018 073 0035349634  05/16/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
 05/16/2018 013 PR-XP-DOL   05/16/2018   D   SAVD     $2.89    RE-ENTRY ACCOUNT DEDU
 05/16/2018 014 PR-XP-DOL   05/16/2018   D   CHLD     $4.34    ADD"L STATE PAY DEDUC
 05/16/2018 011 PR-XP-DOL   05/16/2018   C   SP04    $23.62
 05/11/2018 071 POSTAGE     05/11/2018   D   ISRV     $0.47
 05/11/2018 071 POSTAGE     05/11/2018   D   ISRV     $0.47
 05/10/2018 023 ISP 05/10   05/10/2018   D   PHON    $10.00    ISP-00035135368P    /
 05/10/2018 022 ISP 05/10   05/10/2018   D   COMM     $2.34    ISP-00035135368B    /
 05/09/2018 026 0085568347  05/09/2018   C   ELEC    $50.00    BANICKI,ALMA
 05/08/2018 003 0035035751  05/08/2018   D   EL10     $1.00    JPAY ACCOUNT PURCHASE
 05/07/2018 005 ISP 05/07   05/07/2018   D   COMM    $38.00    FF-0000035015592    /

NO PENDING DISBURSEMENT FOUND.

              ***   AVAILABLE BALANCE........   $99.77
              ***   AMOUNT ON HOLD...........    $0.00
              ***   CURRENT BALANCE..........   $99.77
              ***   PENDING BALANCE..........    $0.00


    END OF REPORT TFDRHRPT-30
```