UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT E. CARTER, JR., et al., <br><br> Defendants. | CAUSE NO.: 3:18-CV-928-RLM-MGG |

ORDER

Thomas R. Ganus, a prisoner without a lawyer, moves for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b), the court:

(1) GRANTS the plaintiff leave to proceed *in forma pauperis* (ECF 2);

(2) ORDERS the plaintiff, **Thomas R. Ganus, IDOC # 111462**, to immediately pay (and the facility having custody of him to automatically remit) **$26.01** to the clerk of this court in payment of the initial partial filing fee;

(3) ORDERS the plaintiff to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20% of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on November 19, 2018

/s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT