UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS, | |
| Plaintiff, | |
| v. | CAUSE NO.: 3:18-CV-928-RLM-MGG |
| ROBERT E. CARTER, JR., et al., | |
| Defendants. | |

### ORDER

Pursuant to 28 U.S.C. section 455(a) and Northern District of Indiana Local Rule 40-1(f), the undersigned now recuses himself from this case. The Clerk is hereby directed to re-assign this matter to another magistrate judge.

SO ORDERED this November 19, 2018.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge