Dear Clerk,

On November 14, 2018, I submitted my proposed Class Action Complaint captioned as Thomas R. Ganus v. Robert E. Carter, Jr., et al to the prison law library supervisor to electronically file with the Court. Afterwards, it was noticed that the complaint lacked my signature in an area of the complaint. On November 20, 2018, the complaint was again electronically filed with the Court. The complaint filed on November 20th is the operative complaint. Sorry for any inconvenience this may have caused.

Sincerely,

Signature: Thomas R. Ganus

-FILED-

NOV 28 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Name: Thomas Graves
D.O.C. #: 111962   Location: E2-108-2
INDIANA STATE PRISON MINIMUM SECURITY UNIT
201 Woodlawn Avenue
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION. "WARNING" NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

Northern District of Indiana
South Bend Division
Robert A. Grant Federal Building, US Courthouse
204 South Main Street Room 102
South Bend, Indiana 46601

46601-211927

US POSTAGE >> PITNEY BOWES
ZIP 46360
02 1W
0001397735 NOV 21 2018
$ 000.47⁰