-FILED-
DEC 13 2018
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I am writing the Clerk of the courts ask if you can please send me a copy of the C.C.S. for Cause #3:18-CV-928-RLM-MGG.

Thank you for your time.

Name: Thomas Harris
D.O.C. #: 111462  Location: E2-C8-2

INDIANA STATE PRISON MINIMUM SECURITY UNIT
201 Woodlawn Avenue
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE AS HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT A CORRECTIONAL INSTITUTION. "WARNING" NOT RESPONSIBLE. THIS ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING



ZIP 46360
02 1W
0001399735 DEC. 10. 2018
U.S. POSTAGE >> PITNEY BOWES
$ 000.47⁰

United States District Court,
Northern District of Indiana,
South Bend Division,
Robert A. Grant Federal Building
& US Court House.
204 South Main St. Room 102
South Bend, Indiana 46601

46601-219599