SCANNED at ISP and Emailed on
3|13|19 by A.E. - 3 pages
(date)      (initials)  (num)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS on his own behalf and on behalf of a class of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.3:18-cv-00928-RLM-JEM |
| | ) |
| ROBERT E. CARTER, JR. Commissioner of the Indiana Department of Correction, RON NEAL, Warden, MARK NEWKIRK, Executive Assistant, MARION THATCHER, Unit Team Manager, PAULINE WILLIAMS, Corrections Lieutenant BESSIE LEONARD, Law Library Supervisor, KIMBERLY CREASY, Law Library Supervisor, and ERIN JONES, Law Library Supervisor, | ) ) ) ) ) ) ) ) **COMPLAINT-CLASS ACTION** ) ) **DEMAND FOR JURY TRIAL** ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR STATUS UPDATE

**COMES NOW** the Plaintiff, Thomas R. Ganus ("Plaintiff") *pro se*, respectfully requests a status update to his *Proposed Amended Class Action Complaint for Injunctive and Declaratory Relief and Individual Claims for Injunctive and Declaratory Relief and Damages* in the above-captioned cause number. In support of said Motion, Plaintiff states as follows:

1.      That on November 15, 2018, Plaintiff filed his *Proposed Class Action Complaint for Injunctive and Declaratory Relief and Individual Claims for Injunctive and Declaratory Relief and Damages* with the Court. (Docket).

2.      That on November 19, 2018, the Court granted the Plaintiff to proceed *in forma pauperis* under U.S.C. 28 § 1915. (Docket).

3.     That on November 21, 2018, Plaintiff filed his *Proposed Amended Class Action Complaint for Injunctive and Declaratory Relief and Individual Claims for Injunctive and Declaratory Relief and Damages* with the Court. (Docket).

4.     That under U.S.C. 28 § 1915, the Court is to screen the Plaintiff's *Complaint* for merit. (*Id.*).

5.     That to date, the Court has not examined Plaintiff's *Amended Complaint* and provided its Order to any defects and/or discovery deadlines in order to proceed in this matter.

6.     That Plaintiff is respectfully requesting the Court to provide a status update to his *Amended Complaint*.

**WHEREFORE** the Plaintiff, respectfully requests that the Court issue a status update to his *Proposed Amended Class Action Complaint for Injunctive and Declaratory Relief and Individual Claims for Injunctive and Declaratory Relief and Damages*, and for all other just and proper relief in the premises.

March 13 2019

Respectfully submitted,

Thomas R. Ganus
Plaintiff/Pro se

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Thomas R. Ganus, do hereby certify that on this *13*th day of March 2019, I submitted a true

and correct copy of *Plaintiff's Motion for Status Update* to the law library supervisor at the

Indiana State Prison minimum security unit to electronically file with the Clerk of the Court of

the United States District Court, Northern District of Indiana, South Bend Division, Robert A.

Grant Federal Building & US Courthouse, 204 South Main Street, Room 102, South Bend,

Indiana 46601.

Respectfully submitted,

Thomas R. Ganus
Plaintiff/Pro se
DOC #111462
Indiana State Prison/Outside
201 Woodlawn Avenue
Michigan City, IN 46360