-FILED-
APR 22 2019
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

4-15-19

I am writing the Courts to confirm and show the Courts that I am paid up on the $350.00 I owed and can you please send me a reciept and please contact DOC ISP, so they will stop taking 20% each mth. if they aren't notified they will continue to take 20%.

Thank You

Thomas Hanus