UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS, | |
| Plaintiff, | |
| v. | CAUSE NO.: 3:18-CV-928-RLM-MGG |
| ROBERT E. CARTER, JR., et al., | |
| Defendants. | |

ORDER

Thomas R. Ganus, a prisoner without a lawyer, moves for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b), the court:

(1) GRANTS the plaintiff leave to proceed *in forma pauperis* (ECF 2);

(2) ORDERS the plaintiff, **Thomas R. Ganus, IDOC # 111462**, to immediately pay (and the facility having custody of him to automatically remit) **$26.01** to the clerk of this court in payment of the initial partial filing fee;

(3) ORDERS the plaintiff to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20% of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on November 19, 2018

/s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT

```
TFMITRAN                     OFFENDER TRUST SYSTEM            04/08/19  13:22:05
LOC: ISP                   TRANSACTION HISTORY INQUIRY            USER: SPU515

   OFFENDER NO  111462      NAME:  GANUS            THOMAS

   FROM DATE: 01 / 01 / 0019  TO DATE: 04 / 08 / 2019  STATUS: AC  HSE UNIT: E2

                          ENDING BALANCE (END OF MONTH)=      $4.38
                                          TRAN   POST    BATCH   TRAN     ACCOUNT
   DOCMT       TRAN                       TYPE   DATE    NO.    AMOUNT    NUMBER
   NUMBER      CODE   DESCRIPTION
   ==========  ====   ========================  ====  ==========  =====  ==========  ======
   PRXPDOL     SAVD   RE-ENTRY ACCOUNT DEDUCT     D   02/21/2019   014      $4.19    111462
   PRXPDOL     PCRT   ADD"L STATE PAY DEDUCT      D   02/21/2019   017      $7.12    111462
   PRXPDOL     CHLD   ADD"L STATE PAY DEDUCT      D   02/21/2019   017      $4.34    111462
   PRXPDOL     SP01                               C   02/21/2019   013     $39.37    111462
   COPIES      ADJD                               D   02/08/2019   016      $6.40    111462
   COPIES      ADJD                               D   02/08/2019   016      $2.90    111462
   2755595622  ELEC   Banicki,Alma                C   02/04/2019   028     $20.00    111462
   ISP 01/24   COMM   FF-012419-00262    / 001    D   01/24/2019   004     $36.00    111462
   PR-XP-DOL   SAVD   RE-ENTRY ACCOUNT DEDUCT     D   01/16/2019   010      $2.09    111462
   PR-XP-DOL   PCRT   ADD"L STATE PAY DEDUCT      D   01/16/2019   011     $17.35    111462
   PR-XP-DOL   CHLD   ADD"L STATE PAY DEDUCT      D   01/16/2019   011      $4.34    111462
   PR-XP-DOL   SP12                               C   01/16/2019   004     $35.62    111462
   ISP28886    MEDC                               D   01/15/2019   003      $5.00    111462
   ISP 01/03   PHON   ISP-00000016983P   / 001    D   01/03/2019   017     $15.00    111462
   ISP 01/03   COMM   ISP-00000016983A   / 001    D   01/03/2019   016     $35.16    111462
   ISP 01/03   COMM   ISP-00000016983B   / 001    D   01/03/2019   016      $3.91    111462
   1083782502  ELEC   Banicki,Alma                C   12/19/2018   040     $50.00    111462
   PR-XP-DOL   SAVD   RE-ENTRY ACCOUNT DEDUCT     D   12/19/2018   018      $2.27    111462
   PAGE : 0002

   PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN  *PF9=CLEAR SCREEN*  PF10=EXIT
```

*Outside Payed on 2-28-19 $145.00*
*4-5-19 $110.00*

*All Together $351.00*
*Im All payed up.*
*$350.00*
*In The Courts*

```
TFMITRAN                    OFFENDER TRUST SYSTEM,        04/08/19  13:22:05
LOC: ISP                  TRANSACTION HISTORY INQUIRY         USER: SPU515

OFFENDER NO  111462      NAME: GANUS          THOMAS

FROM DATE: 01 / 01 / 0019  TO DATE: 04 / 08 / 2019  STATUS: AC  HSE UNIT: E2

                              ENDING BALANCE (END OF MONTH)=      $4.38
 DOCMT         TRAN                              TRAN   POST     BATCH    TRAN        ACCOUNT
 NUMBER        CODE     DESCRIPTION              TYPE   DATE     NO.      AMOUNT      NUMBER
 ==========    ====     =========================  ====  =========  ====  ============  =======
 PR-XP-DOL     PCRT  ADD"L STATE PAY DEDUCT        D   12/19/2018  017      $14.25  111462
 PR-XP-DOL     CHLD  ADD"L STATE PAY DEDUCT        D   12/19/2018  017       $4.34  111462
 PR-XP-DOL     SP11                                C   12/19/2018  016      $33.75  111462
 ISP 12/06     PHON  ISP-120618-0231P    /  001    D   12/06/2018  008      $15.00  111462
 ISP 12/06     COMM  ISP-120618-0231A    /  001    D   12/06/2018  007      $53.99  111462
 ISP 12/06     COMM  ISP-120618-0231B    /  001    D   12/06/2018  007       $5.76  111462
 GIFT          ADJC                                C   12/04/2018  003       $3.00  111462
 PCRT          ADJD  SB US DIST INITIAL FEE        D   11/30/2018  008      $26.01  111462
 0043936169    EL10  JPAY ACCOUNT PURCHASE         D   11/26/2018  036       $0.50  111462
 ISP 11/22     COMM  ISP-00043742207A    /  001    D   11/22/2018  004       $5.54  111462
 ISP 11/22     COMM  ISP-00043742207B    /  001    D   11/22/2018  004      $11.00  111462
 ISP 11/21     COMM  SO-0000043691033    /  001    D   11/21/2018  062      $10.00  111462
 PR-XP-DOL     SAVD  RE-ENTRY ACCOUNT DEDUCT       D   11/21/2018  010       $5.54  111462
 PR-XP-DOL     CHLD  ADD"L STATE PAY DEDUCT        D   11/21/2018  014       $4.34  111462
 PR-XP-DOL     SP10                                C   11/21/2018  009      $41.25  111462
 ISP 11/08     PHON  ISP-00042898829P    /  001    D   11/08/2018  017      $10.00  111462
 ISP 11/08     COMM  ISP-00042898829A    /  001    D   11/08/2018  016       $4.13  111462
 ISP 11/08     COMM  ISP-00042898829B    /  001    D   11/08/2018  016       $1.61  111462
 PAGE : 0003

 PF2=DISPLAY TRANSACTIONS   PF7=PG/UP   PF8=PG/DN    *PF9=CLEAR SCREEN*   PF10=EXIT
```

```
12:21:52 Monday, April 08, 2019
```

```
TFMITRAN                    OFFENDER TRUST SYSTEM           04/08/19  13:21:31
LOC: ISP                   TRANSACTION HISTORY INQUIRY             USER: SPU515

    OFFENDER NO  111462      NAME: GANUS            THOMAS

    FROM DATE: 01 / 01 / 0019  TO DATE: 04 / 08 / 2019  STATUS: AC  HSE UNIT: E2

                              ENDING BALANCE (END OF MONTH)=      $4.38
    DOCMT         TRAN                              TRAN   POST    BATCH    TRAN       ACCOUNT
    NUMBER        CODE    DESCRIPTION               TYPE   DATE    NO.      AMOUNT     NUMBER
    ==========    ====    =======================   ====   ======= ====   ===========  ======
    ISP 03/28     COMM    ISP-00000145788A  /  001    D    03/28/2019 023       $8.09  111462
    POSTAGE       ISRV                                D    03/22/2019 015       $7.25  111462
    LAW LIBRAR    ISRV    1/3/19                      D    03/21/2019 052       $0.20  111462
    AMLEGFOOD     ISRV                                D    03/21/2019 015      $61.00  111462
    ISP 03/21     COMM    FF-032119-00097   /  001    D    03/21/2019 001      $15.00  111462
    4172529951    ELEC    Banicki,Alma                C    03/19/2019 042      $38.00  111462
    4809584997    ELEC    Banicki,Alma                C    03/19/2019 042      $46.86  111462
    SP02          ADJD    PCRT                        D    03/19/2019 036      $31.87  111462
    PR-XP-DOL     SAVD    RE-ENTRY ACCOUNT DEDUCT     D    03/19/2019 008       $4.96  111462
    PR-XP-DOL     CHLD    ADD"L STATE PAY DEDUCT      D    03/19/2019 009       $4.34  111462
    PR-XP-DOL     SP02                                C    03/19/2019 007      $37.39  111462
    ISP 03/14     PHON    ISP-031419-0012P  /  001    D    03/14/2019 004       $5.00  111462
    ISP 03/14     COMM    ISP-031419-0012B  /  001    D    03/14/2019 003       $2.05  111462
    ISP 02/28     PHON    ISP-00000100532P  /  001    D    02/28/2019 060      $10.00  111462
    ISP 02/28     COMM    ISP-00000100532G  /  001    D    02/28/2019 059      $11.19  111462
    ISP 02/28     COMM    ISP-00000100532A  /  001    D    02/28/2019 059      $73.60  111462
    JC FOOD       ISRV                                D    02/28/2019 008      $18.00  111462
    1580861797    ELEC    Banicki,Alma                C    02/27/2019 046     $100.00  111462
    PAGE : 0001
    TRANSACTION INQUIRY COMPLETE
    PF2=DISPLAY TRANSACTIONS  PF7=PG/UP  PF8=PG/DN   *PF9=CLEAR SCREEN*  PF10=EXIT
```