Name: Thomas Graves
D.O.C. #: 114102  Location: E2-128-B12
INDIANA STATE PRISON MINIMUM SECURITY UNIT
201 Woodlawn Avenue
Michigan City, IN 46360

THIS IDENTIFIES THIS CORRESPONDENCE A HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION. "WARNING": NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING



US POSTAGE >> PITNEY BOWES
ZIP 46360 $ 000.50⁰
02 1W
0001399735 APR 17 2019

United States District Court
Northern District of Indiana
South Bend Division
Robert A. Grant Federal Building
& US Courthouse
204 South Main St Room 102
South Bend Ind 46601-2195