# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Robert N. Trgovich, Clerk**　　　　　　　　　　　　　　　　　　　www.innd.uscourts.gov

April 23, 2019

Inmate Trust Fund Acct Department
Indiana State Prison
1 Park Row
Michigan City, IN 46360

Re:　Thomas Ganus   111462
　　　3:18-cv-928

Dear Superintendent:

　　Please be advised by receipt of this letter that our records indicate payment has been made in full for the civil filing fee in the amount of $350.00 for Thomas Ganus, prisoner # 111462. Therefore, no further deductions from this prisoner's account will be necessary for this action. This letter pertains **only** to case number 3:18-cv-928.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　ROBERT N. TRGOVICH, CLERK

　　　　　　　　　　　　　　By:　s/ N. Eddy
　　　　　　　　　　　　　　　　Deputy Clerk

c:　District Judge
　　Plaintiff(s)

Reply to South Bend Office

**1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007**
**5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509**
**102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002**
**214 Charles Halleck Federal Bldg. • 230 North Fourth Street • Room 105 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6314**