UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-cv-00928-RLM-JEM |
| | ) |
| KIMBERLY CREASY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the appearance of Ryan J. Guillory, Deputy Attorney General, as counsel in this case for Defendants Kimberly Creasy and Erin Jones.

I certify that I am admitted to practice in this court.

                Respectfully Submitted,

                CURTIS T. HILL, JR.
                Indiana Attorney General
                Atty. No. 13999-20

Date: May 6, 2019    By: Ryan J. Guillory
              Deputy Attorney General
              Atty. No. 27857-53
              Indiana Government Center South – 5th Fl.
              302 W. Washington Street
              Indianapolis, IN  46204-2770
              Phone: (317) 234-6875
              Fax:  (317) 232-7979
              Email:  Ryan.Guillory@atg.in.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have duly served upon the party of record listed below, by United States mail, first-class postage prepaid to:

    Thomas R. Ganus
    DOC # 111462
    Indiana State Prison - ISO
    201 Woodlawn Avenue
    Michigan City, IN 46360

    Ryan. J. Guillory
    Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:     (317) 234-6875
Fax:                (317) 232-7979
Email:  Ryan.Guillory@atg.in.gov