# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Thomas R Ganus
_____
**Plaintiff,**

    v.                         Case Number  3:18-cv-00928-RLM-JEM

Robert E Carter, Jr, et al.
_____
**Defendant.**

## WAIVER OF SERVICE OF SUMMONS

    I, or the entity I represent, agree to waive formal service of a summons.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 4/5/2019, which is the date of issuance of the Request to Waive Service of Summons. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date: __4·8·19__

__Enn Jones__
*Printed name of party waiving service of summons*

s/ Ryan J. Guillory
*Signature of the attorney or unrepresented party*

Ryan J. Guillory
*Printed name of the signer*
Office of the Indiana Attorney General
Indiana Government Center South - 5th Floor
302 W. Washington Street  Indianapolis, IN
46204
*Address*

Ryan.Guillory@atg.in.gov
*E-mail address*

(317) 234-6875.
*Telephone number*