Clerk of the Court,

Enclosed, please find my Motion for Leave seeking Second Proposed Amended Complaint and Second Proposed Complaint. I was forced by the Law Library Supervisor, Ms. Kirby and prison officials to mail my motions to the Court due to prison officials failing to properly train the new Law Library Supervisor. The Law Library Supervisor refuses to rubber stamp the Complaint to include my DOC number, date of electronic filing and her initials. She also does not have knowledge in order to electronic file and federal papers to the Court. Therefore, I'm being forced to mail my federal complaint against prison officials through the U.S. Mail.

I will also be filing an emergency injunction at a later date in an attempt to correct this problem to bring prison officials in compliance with federal requirements to electronic filing of federal papers.

Sincerely, Thomas Ganus

Thomas Ganus

-FILED-
MAY 20 2019
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA