Thomas Gaines
DOC #111462
Indiana State Prison /Outside
201 Woodlawn Avenue
Michigan City, IN 46360



Legal Mail:

Clerk of the Court
United States District Court
Northern District of Indiana
South Bend Division
Robert A. Grant Federal Building &
United States Courthouse
204 South Main Street, Room 102
South Bend, IN 46601