UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS,             ) | |
|     Plaintiff,             ) | |
|                               ) | |
| v.                            ) | Cause No. 3:18-CV-928-RLM-JEM |
|                               ) | |
| KIMBERLY CREASY, *et al.*,    ) | |
|     Defendants.           ) | |

## ORDER

This matter is before the Court on Defendants' Motion for Initial Extension of Time to Respond to Complaint [DE 18], filed by Defendants Kimberly Creasy and Erin Jones on May 28, 2019. Moving Defendants request an extension of time to respond to the Complaint, stating that additional time is needed to review the pleadings and make a reasonable investigation into the facts. This is Defendants' first request for an extension.

Upon review of the instant Motion and finding good cause for the requested extension, the Court hereby **GRANTS** Defendants' Motion for Initial Extension of Time to Respond to Complaint [DE 18] and **ORDERS** that the deadline for Defendants Creasy and Jones to respond to the Complaint is extended to **July 2, 2019**.

SO ORDERED this 29th day of May, 2019.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
    Plaintiff, *pro se*