UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Cause No.: 3:18-CV-928-RLM-JEM<br>) |
| KIMBERLY CREASY., *et al.*,<br>    Defendants. | )<br>)<br>) |

**ORDER**

This matter is before the Court *sua sponte*. Pursuant to Federal Rule of Civil Procedure 26(f)(1) and 26(a)(1)(B)(iv), this case is exempt from exchanging initial disclosures and from filing a Report of the Parties' Planning Meeting. However, pursuant to Federal Rule of Civil Procedure 16(b) and Northern District of Indiana Local Rule 16-1(c), the Court must issue a scheduling order in this case.

Therefore, pursuant to Northern District of Indiana Local Rule 16-1(b), the Court **ORDERS** defense counsel and the unrepresented plaintiff to separately prepare and file brief status reports (not to exceed three pages unless greater length is unavoidable) by **August 6, 2019**. The status reports must address:

1. what deadline should be set for joining parties and amending the pleadings;

2. what discovery is planned;

3. what deadline should be set for completing discovery; and

4. what deadline should be set for filing dispositive motions.

The Court will then review the status reports and enter a scheduling order which may only be modified for good cause with leave of court, pursuant to Federal Rule of Civil Procedure

16(b)(4).

    SO ORDERED this 8th day of July, 2019.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:    All counsel of record  
        Plaintiff, *pro se*