UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-cv-00928-RLM-JEM |
| | ) |
| KIMBERLY CREASY, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Bryan R. Findley, Deputy Attorney General, requests the Court grant leave to withdraw the appearance of Ryan J. Guillory as counsel for Defendants Kimberly Creasy and Erin Jones, in the above-captioned case.

The appearance of Bryan R. Findley, Deputy Attorney General, on behalf of the above named Defendants, remains in place and all pleadings, orders, and entries should be served on him.

Respectfully submitted,

CURTIS T. HILL, JR.
Indiana Attorney General
Attorney No. 13999-20

Date: July 12, 2019      By:   Bryan R. Findley
Attorney No. 34447-30
Deputy Attorney General
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Phone: (317) 232-6217
Email: Bryan.Findley@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, a copy of the foregoing *Motion to Withdraw Appearance* was filed using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas R. Ganus
DOC # 111462
Indiana State Prison - ISO
201 Woodlawn Avenue
Michigan City, IN 46360

                                          Bryan R. Findley
                                          Deputy Attorney General
                                          Attorney No.34447-30

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 232-6217
Fax:  (317) 232-7979
Email: Bryan.Findley@atg.in.gov