UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| THOMAS R. GANUS,<br>        Plaintiff, | )<br>)<br>) | |
| v. | ) | CAUSE NO.: 3:18-CV-928-RLM-JEM |
| KIMBERLY CREASY, *et al.*,<br>        Defendants. | )<br>)<br>) | |

**ORDER**

This matter is before the Court on a Motion to Withdraw Appearance [DE 25], filed by Defendants on July 12, 2019. Defendants seek leave to withdraw the appearance of Attorney Ryan J. Guillory on their behalf. Bryan R. Findley will continue to represent Defendants in this case.

Accordingly, the Court hereby **GRANTS** the Motion to Withdraw Appearance [DE 25], and **ORDERS** that the appearance of Attorney Ryan J. Guillory on behalf of Defendants is hereby **WITHDRAWN**.

SO ORDERED this 15th day of July, 2019.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
       Plaintiff, *pro se*