UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **THOMAS R. GANUS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:18-cv-00928-RLM-JEM |
| | ) |
| **KIMBERLY CREASY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the appearance of Kelly D. Cochran, Deputy Attorney General, as counsel in this case for Defendants Kimberly Creasy and Erin Jones.

I certify that I am admitted to practice in this court.

                                                            Respectfully Submitted,

                                                            CURTIS T. HILL, JR.
                                                            Indiana Attorney General
                                                            Atty. No. 13999-20

Date: July 17, 2019              By:    Kelly D. Cochran
                                                   Deputy Attorney General
                                                   Atty. No. 34543-49
                                                   Indiana Government Center South – 5th Fl.
                                                   302 W. Washington Street
                                                   Indianapolis, IN  46204-2770
                                                   Phone: (317) 234-2415
                                                   Fax:  (317) 232-7979
                                                   Email:  Kelly.Cochran@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have duly served upon the party of record listed below, by United States mail, first-class postage prepaid to:

Thomas R. Ganus
DOC # 111462
Indiana State Prison - ISO
201 Woodlawn Avenue
Michigan City, IN 46360

                    Kelly D. Cochran
                    Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:     (317) 234-2415
Fax:              (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov