Thomas R. Ganus
DOC # 111462
Indiana State Prison/Outside
201 Woodlawn Avenue
Michigan City, IN 46360

July 26, 2019

The Clerk of the Court
United States District Court
Northern District of Indiana
South Bend Division
Robert A. Grant Federal Building & U.S. Courthouse
204 South Main Street
Room 102
South Bend, IN 46601

**RE: Plaintiff's Motion for Reconsideration**
**Cause No. 3:18-cv-000928-RLM-JEM**

Dear Clerk of the Court,

On July 23, 2019, the law library supervisor at the Indiana State Prison minimum security facility electronically filed two (2) motions with the Court for the Plaintiff in the above-cause of action. The motions were titled *Plaintiff's Proposed Scheduling Status Report* (Docket 28) and *Plaintiff's Motion for Reconsideration* (Docket 29). The law library supervisor mistakenly electronically filed the *Plaintiff's Motion for Reconsideration* on July 23, 2019 with the Court. The motion was not clearly readable as the printer was low on ink, many of the paragraphs were faded and the motion was not rubber stamped with the Plaintiff's DOC number, date and the prison's law library supervisor's initials as required when electronically filing prisoners' motions with the federal courts.

In addition, the Plaintiff has made any and all corrections to proper readiness for electronically filing his *Motion for Reconsideration* and provided correct date on certificate of service as July 26, 2019 with the Court. The Plaintiff respectfully requests that the clerk of the Court file his current *Motion for Reconsideration* dated July 26, 2019, and replace it with his previous *Motion for Reconsideration* dated July 23, 2019 (Docket 29).

I apologize for any inconvenience this may have caused and thank you for your time and consideration in this matter.

Sincerely,


Thomas R. Ganus