UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS R. GANUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:18-cv-00928-RLM-JEM |
| | ) |
| KIMBERLY CREASY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's status report order, [ECF 24], Defendants, by counsel, provide the following status report:

1. **Amending the pleadings.** Defendants do not anticipate amending their answer. Plaintiff has filed multiple amendments and presently, at the time of filing of this Status Report, has filed motions to reconsider, [ECF 29 & 30], the Court's most recent screening Order, [ECF 20.] Defendants suggest the deadline to amend pleadings has expired.

2. **Discovery planned.** Defendants intend to serve to Plaintiff written discovery (requests for production of documents, requests for admission, and interrogatories), and thereafter may also take the Plaintiff's deposition by oral examination.

3. **Discovery deadline.** Defendants propose six months to be allowed for discovery.

4. **Dispositive motions.** Defendants propose 45 days after the close of discovery.

Respectfully Submitted,

CURTIS T. HILL, JR.
Indiana Attorney General
Atty. No. 13999-20

Date:  <u>August 6, 2019</u>           By:     Bryan R. Findley
                                                Deputy Attorney General
                                                Atty. No. 34447-30
                                                Indiana Government Center South – 5th Fl.
                                                302 W. Washington Street
                                                Indianapolis, IN  46204-2770
                                                Phone: (317) 232-6217
                                                Fax:  (317) 232-7979
                                                Email:  Bryan.Findley@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have duly served upon the party of record listed below, by United States mail, first-class postage prepaid to:

Thomas R. Ganus
DOC # 111462
Indiana State Prison - ISO
201 Woodlawn Avenue
Michigan City, IN 46360


                                          Bryan R. Findley
                                          Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:     (317) 232-6217
Fax:               (317) 232-7979
Email:   Bryan.Findley@atg.in.gov

3